R.I. Bankr. Form 3015-2.1
(Revised 7/1/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  DIANE ST. AMOUR                    CHAPTER 13
                                           CASE NO. 17-10560
   Debtor(s)


**FIRST**   *[indicate 1ˢᵗ, 2ⁿᵈ, 3ʳᵈ, etc.]*
**AMENDED CHAPTER 13 PLAN AND APPLICABLE MOTIONS DESIGNATED BELOW:**

**This amended plan:**   ☒   **Does adversely affect creditors**
                          ☐   **Does *not* adversely affect creditors**

Check for motions applicable to this plan amendment:
( ) **Motion to Avoid Lien(s)**
( ) **Motion to Modify Secured Claim(s)**
( ) **Motion to Assume/Reject Lease(s)**

( ) **No motions applicable to this plan amendment**

    On _____, Debtor's Chapter 13 plan was confirmed.  If applicable, further amendments were made on_____[dates of later amendments] **and the substance of all prior amendments is also listed below.**

    This Amended Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows **(list all new and prior amendments with dates):**

Debtor filed her original plan on May 8, 2017.   All of the provisions of the previous filed plan are hereby incorporated by referenced into first amended plan.

Upon confirmation of Debtor's chapter 13 plan, the Debtor shall make a lump sum payment to satisfy her debts as outlined below:

1. The Debtor will file an adversary proceeding or a separate lawsuit in State of Federal Court challenging the validity of the prepetition arrearages sought in the mortgage servicers amended proof of claim and will also assert other affirmative damage claims pertaining to the servicing of said loan. Once that litigation is resolved, Debtor will make a lump sum payment to the Trustee in an amount sufficient to cure all prepetition arrearages determined to be due and owing by said creditor consistent with the outcome of the potential litigation.

2. Unsecured creditors totaling $11,329.90 shall be paid in full.

1

<u>TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained therein, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.</u>

If you object to the confirmation of the proposed plan of the debtor(s) as amended, including any of the motions included therein, then you or your attorney must file with the Court a written objection to confirmation and/or to the motions contained therein at the following address:

Clerk, U.S. Bankruptcy Court, 380 Westminster St., Providence, R.I., 02903

**OBJECTIONS:** Your objection to confirmation and/or to the motions contained in the plan must include the specific reasons for your objection, **and must be filed with the Court no later than seven (7) days before the confirmation hearing.**

If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadlines stated above. You must also serve a copy of your objection to confirmation, and any applicable motions contained therein, on the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee at their addresses as they are listed in the notice of the meeting of creditors.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the proposed plan of the debtor(s) as amended, including any motions contained therein, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to *timely* object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

**PLAN SERVICE AND SIGNATURES:**

Pursuant to the R.I. LBR 3015-1(b), the Debtor or his/her counsel is required to serve a copy of the *amended* Chapter 13 Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly. In addition, if the Debtor has included a Motion to Modify Secured Claim and/or a Motion to Avoid Lien in this *amended* plan, the Debtor must also comply with the service requirements contained in R.I. LBR's 3015-1(c)(1) and 4003-2.

**Debtor is also required to attach the original filed plan within the Amended Plan filing event in ECF.**

I/We declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan, including any applicable Motion(s) to Modify Secured Claim(s); Motion(s) to Avoid Certain Lien(s); and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Lease(s), as to all matters set forth herein, are true and correct to the best of our knowledge and belief:

Dated: November 17 , 2017          /s/Diane St. Amour       11/17/17
                                    Debtor's Signature

I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated: November 17 , 2017          /s/Christopher M. Lefebvre
                                    Attorney for the Debtor

## CERTIFICATION OF SERVICE

I hereby certify that on November 27, 2017, I electronically filed First Amended Chapter 13 plan with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Office of the U.S. Trustee, and John Boyajian, Esq.; and mailed by United States Postal Service, postage pre-paid, by regular mail the original chapter 13 plan, first amended chapter 13 plan to the following non CM/ECF participants: all the creditors in the attached list.

/s/Maria J. Ferreira

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:17-bk-10560<br>District of Rhode Island<br>Providence<br>Mon Nov 27 14:10:59 EST 2017 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Rhode Island Division of Taxation<br>Bankruptcy Unit<br>One Capitol Hill<br>Providence, RI 02908-5816 | Diane St. Amour<br>8E Quail Run<br>Charlestown, RI 02813-2808 |
| State of RI - Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | Caliber Home Loans<br>PO Box 24610<br>Oklahoma City OK 73124-0610 | Capital One<br>P. O. Box 85147<br>Richmond VA 23276-0001 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Charlotte County Tax Collector<br>Offices County Administration<br>18500 Murdock Circle<br>Port Charlotte FL 33948-1075 | Diane St. Amour<br>8 E Quail Run<br>Charlestown RI 02813-2808 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Flager County Tax Collector<br>PO Box 846<br>Bunnell FL 32110-0846 |
| Harmon Law Offices, P.C.<br>PO Box 610389<br>Newton Highlands MA 02461-0389 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Navient Solutions, LLC on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 |
| Sallie Mae<br>PO Box 9500<br>Wilkes Barre PA 18773-9500 | U.S. Bank Trust, N.A. as Trustee for LSF9 Ma<br>Caliber Home Loans Inc.<br>13801 Wireless Way<br>Oklahoma OK 73134-2500 | U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>c/o Caliber Homes Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City OK 73134-2500 |
| ~~John Boyajian~~<br>~~PO Box 2501~~<br>~~Providence, RI 02906-0561~~ | ~~State of RI - Taxation~~<br>~~One Capitol Hill 1st floor~~<br>Providence, RI 02908-5803 | ~~Christopher Lefebvre +~~<br>~~Law Office of Claude Lefebvre & Sons~~<br>~~PO Box 479~~<br>~~Two Dexter Street~~<br>Pawtucket, RI 02860-2991 |
| ~~Gary L. Donahue +~~<br>~~Office of the U.S. Trustee~~<br>~~U.S. Courthouse~~<br>~~One Exchange Terrace Suite~~ 431<br>~~Providence, RI 02903-1744~~ | ~~Tatyana P. Tabachnik~~<br>~~Orlans PC~~<br>~~P.O. Box 540540~~<br>Waltham, MA 02454-0540 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Insolvency Unit - 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 | Discover<br>Customer Service<br>PO Box 30943<br>Salt Lake City UT 84130 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust, N.A., as Trustee for LSF9 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients    2<br>Total    27 |