**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IN RE:   DIANE ST. AMOUR                                                    BK No: 17-10560
                                                                            CHAPTER 13

## OBJECTION TO ALLOWANCE OF CLAIM #5

The Debtor, **Diane St. Amour,** hereby objects to claim #5 filed on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master c/o Caliber Homes Loans, Inc. in the amount of $258829.37.   In support of said objection, the Debtor states that she does not owe the amount referenced in said claim and has certain defenses and other offsets to said claim.

**WHEREFORE,** the Debtor prays that her objection to claim #5 filed on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master c/o Caliber Homes Loans, Inc. be sustained and that the claim be disallowed and that said Creditor receive no payments from the Chapter 13 Trustee.

                                                **Diane St. Amour**
                                                **By her Attorney,**

                                                **/s/Christopher M. Lefebvre, #4019**
                                                **P. O. Box 479**
                                                **Pawtucket, RI 02862**
                                                **(401)728-6060**

## NOTICE OF TIME TO RESPOND/OBJECT

Within fourteen (14) days if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail or other excepted means specified, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days notice of the hearing date for this objection.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**IN RE:   DIANE ST. AMOUR**                                               **BK No: 17-10560**
                                                                                              **CHAPTER 13**

**CERTIFICATION OF SERVICE**

      I hereby certify that on January 22, 2018, I electronically filed an Objection to Claim #5 with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.   The following participants have received notice electronically:
Office of the U.S. Trustee, John Boyajian, Esq. and Tatyana P. Tabachnik, Esq.; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

Cristina DiGiannantonio
Authorized Agent for Secured Creditor
RAS Crane LLC
10700 Abbott's Bridge Rd.
Duluth, GA 30097

                                            /s/<u>Christopher M. Lefebvre</u>